# EXHIBIT A

Case: 1:25-cv-00128 Document #: 112-1 Filed: 12/21/25 Page 2 of 23 PageID #:528

## Monday deposition of Paige Ben Dashan

From: David J. Letvin (davidletvin@aol.com)

To: tsong@songwhiddon.com

Cc: gabriel@beinfushi.com; wcastle@llflegal.com

Date: Sunday, September 21, 2025 at 06:41 AM CDT

Tailim,

I'm afraid we are going to have to postpone and reschedule the deposition of Paige Ben Dashan, so I am writing now to avoid the inconvenience and expense of your making the trip today. The deponent has been hospitalized and we do not have any further information at this time. Once we know more either Bill Castle or I will be back in touch to reschedule at the earliest opportunity. I trust you will advise your court reporter.

Please reply to this email to confirm your receipt of this message.

Regards,

David Letvin
LETVIN & STEIN
letvinandstein@gmail.com
davidletvin@ aol.com

Sent from the all new AOL app for iOS

# EXHIBIT B

# Re: Important message re Ko Iwasaki v. P&G Rare Violins, Inc. and Ben-Dashan Inc.

From: David Letvin (davidletvin@aol.com)

To:      shamilton@songwhiddon.com

Cc:     jwhiddon@songwhiddon.com; tsong@songwhiddon.com; icelis@songwhiddon.com

Bcc:    gabriel@beinfushi.com; wcastle@llflegal.com

Date:   Sunday, September 21, 2025 at 01:18 PM CDT

As of this moment and my most recent information Mrs Ben Dashan remains hospitalized.

Sent from my iPhone

> On Sep 21, 2025, at 12:44 PM, Shayla Hamilton <shamilton@songwhiddon.com> wrote:

Dear Mr. Letvin,

Mr. Song is already in Chicago for the deposition set for **Monday, September 22, 2025**. If the witness is not available and the deposition must be rescheduled at this late stage, we will seek appropriate sanctions, including—but not limited to—Mr. Song's time, the court reporter's appearance fee, and our travel expenses.

If rescheduling is unavoidable, **please confirm in writing by 2:00 p.m. CT today** and provide three alternative dates when the witness will be produced.

You may reach me by email at **shamilton@songwhiddon.com**; I will connect you with Mr. Song immediately.

Best,



Shayla Hamilton
Paralegal
SONG WHIDDON, PLLC
8131 LBJ Freeway, Suite 770,
Dallas, Texas 75251
Telephone (214) 528-8400
Fax (214) 528-8402

IMPORTANT NOTICES:

This message is attorney privileged and confidential information and is transmitted for the exclusive information and use of the addressee. Please notify the sender by email if you are not the intended recipient. If you are not the intended recipient, you may not copy, disclose, or distribute this message or its contents to any other person and any such actions may be unlawful.

Case: 1:25-cv-00128 Document #: 112-1 Filed: 12/21/25 Page 5 of 23 PageID #:531

This communication does not reflect an intention by the sender or the sender's agent or sender's client to conduct a transaction or make any agreement by electronic means. Nothing contained in this message or in any attachment shall satisfy the requirements for writing, and nothing contained herein shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

Please note that this law firm does not accept time sensitive or action-oriented messages via email. We further reserve the right to monitor and review the content of all messages sent to or from this email address. Messages sent to or from this email address may be stored on the law firm email system.

On Sun, Sep 21, 2025 at 7:54 AM David J. Letvin <davidletvin@aol.com> wrote:

> I do not have a mobile number for Mr Song and text messages sent via your firm website to him are not deliverable. So please ask him to check his email before his departure to Chicago on September 21, as the Monday deposition must be rescheduled.

David Letvin

Sent from the all new AOL app for iOS

On Wednesday, September 10, 2025, 4:50 PM, Shayla Hamilton <shamilton@songwhiddon.com> wrote:

---------- Forwarded message ---------
From: **Shayla Hamilton** <shamilton@songwhiddon.com>
Date: Wed, Sep 10, 2025 at 4:49 PM
Subject: Re: Settlement Offer – Ko Iwasaki v. P&G Rare Violins, Inc. and Ben-Dashan Inc.
To: <letvinandsteain@gmail.com>
Cc: Ivan Celis <icelis@songwhiddon.com>, Tailim Song <tsong@songwhiddon.com>, Jordan Whiddon <jwhiddon@songwhiddon.com>

Dear Mr. Letvin,

Attached is correspondence from Mr. Tailim Song regarding the above matter.

Kindly confirm receipt, and let me know if you have any questions.

Best,



Shayla Hamilton
Paralegal
SONG WHIDDON, PLLC
8131 LBJ Freeway, Suite 770,
Dallas, Texas 75251
Telephone (214) 528-8400
Fax (214) 528-8402

IMPORTANT NOTICES:

This message is attorney privileged and confidential information and is transmitted for the exclusive information and use of the addressee. Please notify the sender by email if you are not the intended recipient. If you are not the intended recipient, you may not copy, disclose, or distribute this message or its contents to any other person and any such actions may be unlawful.

This communication does not reflect an intention by the sender or the sender's agent or sender's client to conduct a transaction or make any agreement by electronic means. Nothing contained in this message or in any attachment shall satisfy the requirements for writing, and nothing contained herein shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

Please note that this law firm does not accept time sensitive or action-oriented messages via email. We further reserve the right to monitor and review the content of all messages sent to or from this email address. Messages sent to or from this email address may be stored on the law firm email system.

On Mon, Sep 8, 2025 at 3:30 PM Shayla Hamilton <shamilton@songwhiddon.com> wrote:

Dear Mr. Castle,

Attached is correspondence from Mr. Tailim Song regarding the above matter.

Kindly confirm receipt, and let me know if you have any questions.

Best,



Shayla Hamilton
Paralegal
SONG WHIDDON, PLLC
8131 LBJ Freeway, Suite 770,
Dallas, Texas 75251
Telephone (214) 528-8400
Fax (214) 528-8402

IMPORTANT NOTICES:

This message is attorney privileged and confidential information and is transmitted for the exclusive information and use of the addressee. Please notify the sender by email if you are not the intended recipient. If you are not the intended recipient, you may not copy, disclose, or distribute this message or its contents to any other person and any such actions may be unlawful.

This communication does not reflect an intention by the sender or the sender's agent or sender's client to conduct a transaction or make any agreement by electronic means. Nothing contained in this message or in any attachment shall satisfy the requirements for writing, and nothing contained herein shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing

electronic transactions.

Please note that this law firm does not accept time sensitive or action-oriented messages via email. We further reserve the right to monitor and review the content of all messages sent to or from this email address. Messages sent to or from this email address may be stored on the law firm email system.

# EXHIBIT C

## Re: Important message re Ko Iwasaki v. P&G Rare Violins, Inc. and Ben-Dashan Inc.

From:  David Letvin (davidletvin@aol.com)

To:      tailim_song@me.com

Cc:     shamilton@songwhiddon.com; jwhiddon@songwhiddon.com; tsong@songwhiddon.com;
         icelis@songwhiddon.com; wcastle@llflegal.com; gabriel@beinfushi.com

Date:   Sunday, September 21, 2025 at 07:48 PM CDT

Tailim,

I will stipulate that my hospitalized client did not appear, that you were advised very early this morning, more than 24 hours before the agreed upon date deposition date and time, that she was hospitalized and would therefore not be able to appear, and that the deposition would therefore have to be rescheduled. There is no reason for you to incur the expenses of the reporter or for you to go through the charade of complaining about her non- appearance. I hope to contact your office tomorrow or Tuesday to arrange a new date.

By the way, you should be aware that though your firm website provides the option to send you text messages, when utilized three times this morning the messages advising you to check your email for a message from my office from very early this morning, in all likelihood sent before you left Dallas, all failed to deliver.

David

Sent from my iPad

> On Sep 21, 2025, at 6:46 PM, tailim song <tailim_song@me.com> wrote:
>
>
> Dear David:
>
> I arrived in Chicago this morning.  I am sorry to hear your client is in the hospital. Given the circumstances, I will take a certificate of nonappearance.  After I take the certificate, I will try to catch a flight back to Dallas.
>
>   If anything changes, please let me know.
>
> Tailim
>
> Sent from my iPhone
>
>> On Sep 21, 2025, at 1:20 PM, David Letvin <davidletvin@aol.com> wrote:
>>
>>
>> As of this moment and my most recent information Mrs Ben Dashan remains hospitalized.
>>
>> Sent from my iPhone
>>
>>> On Sep 21, 2025, at 12:44 PM, Shayla Hamilton <shamilton@songwhiddon.com> wrote:
>>>
>>>
>>> Dear Mr. Letvin,
>>>
>>> Mr. Song is already in Chicago for the deposition set for **Monday, September 22, 2025**. If the witness is not

available and the deposition must be rescheduled at this late stage, we will seek appropriate sanctions, including—but not limited to—Mr. Song's time, the court reporter's appearance fee, and our travel expenses.

If rescheduling is unavoidable, **please confirm in writing by 2:00 p.m. CT today** and provide three alternative dates when the witness will be produced.

You may reach me by email at **shamilton@songwhiddon.com**; I will connect you with Mr. Song immediately.

Best,



Shayla Hamilton
Paralegal
SONG WHIDDON, PLLC
8131 LBJ Freeway, Suite 770,
Dallas, Texas 75251
Telephone (214) 528-8400
Fax (214) 528-8402

IMPORTANT NOTICES:

This message is attorney privileged and confidential information and is transmitted for the exclusive information and use of the addressee. Please notify the sender by email if you are not the intended recipient. If you are not the intended recipient, you may not copy, disclose, or distribute this message or its contents to any other person and any such actions may be unlawful.

This communication does not reflect an intention by the sender or the sender's agent or sender's client to conduct a transaction or make any agreement by electronic means. Nothing contained in this message or in any attachment shall satisfy the requirements for writing, and nothing contained herein shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

Please note that this law firm does not accept time sensitive or action-oriented messages via email. We further reserve the right to monitor and review the content of all messages sent to or from this email address. Messages sent to or from this email address may be stored on the law firm email system.

On Sun, Sep 21, 2025 at 7:54 AM David J. Letvin <davidletvin@aol.com> wrote:
    I do not have a mobile number for Mr Song and text messages sent via your firm website to him are not deliverable. So please ask him to check his email before his departure to Chicago on September 21, as the Monday deposition must be rescheduled.

    David Letvin

    Sent from the all new AOL app for iOS

    On Wednesday, September 10, 2025, 4:50 PM, Shayla Hamilton
    <shamilton@songwhiddon.com> wrote:

---------- Forwarded message ---------
From: **Shayla Hamilton** <shamilton@songwhiddon.com>
Date: Wed, Sep 10, 2025 at 4:49 PM
Subject: Re: Settlement Offer – Ko Iwasaki v. P&G Rare Violins, Inc. and Ben-Dashan Inc.
To: <letvinandstein@gmail.com>
Cc: Ivan Celis <icelis@songwhiddon.com>, Tailim Song <tsong@songwhiddon.com>, Jordan Whiddon <jwhiddon@songwhiddon.com>


Dear Mr. Letvin,

Attached is correspondence from Mr. Tailim Song regarding the above matter.

Kindly confirm receipt, and let me know if you have any questions.


Best,




Shayla Hamilton
Paralegal
SONG WHIDDON, PLLC
8131 LBJ Freeway, Suite 770,
Dallas, Texas 75251
Telephone (214) 528-8400
Fax (214) 528-8402


IMPORTANT NOTICES:


This message is attorney privileged and confidential information and is transmitted for the exclusive information and use of the addressee. Please notify the sender by email if you are not the intended recipient. If you are not the intended recipient, you may not copy, disclose, or distribute this message or its contents to any other person and any such actions may be unlawful.

This communication does not reflect an intention by the sender or the sender's agent or sender's client to conduct a transaction or make any agreement by electronic means. Nothing contained in this message or in any attachment shall satisfy the requirements for writing, and nothing contained herein shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

Please note that this law firm does not accept time sensitive or action-oriented messages via email. We further reserve the right to monitor and review the content of all messages sent to or from this email address. Messages sent to or from this email address may be stored on the law firm email system.

On Mon, Sep 8, 2025 at 3:30 PM Shayla Hamilton <shamilton@songwhiddon.com> wrote:

Dear Mr. Castle,

Attached is correspondence from Mr. Tailim Song regarding the above matter.

Kindly confirm receipt, and let me know if you have any questions.


Best,




Shayla Hamilton
Paralegal
SONG WHIDDON, PLLC
8131 LBJ Freeway, Suite 770,
Dallas, Texas 75251
Telephone (214) 528-8400
Fax (214) 528-8402


IMPORTANT NOTICES:


This message is attorney privileged and confidential information and is transmitted for the exclusive information and use of the addressee. Please notify the sender by email if you are not the intended recipient. If you are not the intended recipient, you may not copy, disclose, or distribute this message or its contents to any other person and any such actions may be unlawful.

This communication does not reflect an intention by the sender or the sender's agent or sender's client to conduct a transaction or make any agreement by electronic means. Nothing contained in this message or in any attachment shall satisfy the requirements for writing, and nothing contained herein shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

Please note that this law firm does not accept time sensitive or action-oriented messages via email. We further reserve the right to monitor and review the content of all messages sent to or from this email address. Messages sent to or from this email address may be stored on the law firm email system.

# EXHIBIT D

**Case: 1:25-cv-00128 Document #: 112-1 Filed: 12/21/25 Page 14 of 23 PageID #:540**

## Re: Paige Ben Dashan Deposition dates

From: Ivan Celis (icelis@songwhiddon.com)

To: davidletvin@aol.com

Cc: tsong@songwhiddon.com; shamilton@songwhiddon.com; rfountaintslf@gmail.com

Date: Thursday, October 2, 2025 at 12:36 PM CDT

David,

Thank you for your response. Please refrain from being unnecessarily dismissive. Suggesting that the only way we can receive information is by phone, or implying that our requests are unreasonable when we have made every effort to resolve this without motion practice, is not productive. We are attempting to work with your client in good faith, without court intervention. Furthermore, we are entitled to this information in writing, and the Court will expect it.

Respectfully, we cannot accept a phone call as a substitute for the written verification we've requested. If Mrs. Ben-Dashan's hospitalization was truly emergent and non-elective, then providing the basic information: (1) the reason for her hospitalization, (2) whether it was emergent/ER or otherwise non-elective, and (3) when she first learned she would need to go, should not be controversial. We will treat it Attorneys' Eyes Only, but we must have it in writing for the record.

As for reimbursement: we have already provided you with the itemized totals of Mr. Song's travel hours and out-of-pocket expenses. That is more than sufficient for your client to evaluate. Flight numbers, and our fee agreement with the client are not relevant. The fee agreement in particular is protected by attorney–client privilege and work product, and your request for it is improper. As counselors, we should not make representations or requests solely for the purpose of harassing or causing needless expense, yet demanding privileged documents and irrelevant details serves no legitimate purpose here.

We have been more than reasonable in offering a 50% reduction in Mr. Song's billed travel time. That brings the reimbursement to $4,109.30, which we will accept to resolve the matter without court involvement. Otherwise, we will pursue the full $7,259.30, along with the medical verification in writing.

We would prefer not to involve the Court, but if this continues, we will have no choice. Please let us know by 3 pm Friday, October 3, 2025 whether your client will reimburse the $4,109.30 or provide the requested information in writing.


Sincerely,




**Ivan Celis**
**Associate Attorney**
**SONG WHIDDON, PLLC**
**8131 LBJ Freeway, Suite 770**
**Dallas, Texas 75251**
**Telephone (214) 528-8400**
**Fax (214) 528-8402**


**IMPORTANT NOTICES:**

**This message is attorney privileged and confidential information and is transmitted for the exclusive information and use of the addressee. Please notify the sender by email if you are not the intended recipient. If you are not the intended recipient, you may not copy, disclose, or distribute this message or its contents to any other person and any such actions may be unlawful.**

**This communication does not reflect an intention by the sender or the sender's agent or sender's client to conduct a transaction or make any agreement by electronic means. Nothing contained in this message or in any attachment shall satisfy the requirements for writing, and nothing contained herein shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.**

**Please note that this law firm does not accept time sensitive or action-oriented messages via email. We further reserve the right to monitor and review the content of all messages sent to or from this email address. Messages sent to or from this email address may be stored on the law firm email system.**

On Wed, Oct 1, 2025 at 1:36 PM David J. Letvin <davidletvin@aol.com> wrote:

Ivan--

Thank you for beginning to put some facts on the table. Please add to them the flight number and departure time for his Sunday flight, a copy of his fee agreement with your client, and a rational explanation of why he found it appropriate to stay in Chicago over night under the circumstances.

Detailed facts concerning the hospitalization are precisely those things I prefer to not spread in a medium that has the potential of ending up filed with the court. At this point I have sufficient information that I can share with you in a phone call on a strictly confidential basis, and I have no doubt but that that will convince you of the bona fides of her non-appearance at the deposition and its last minute and non-elective nature.

If you want a call concerning the medical issues, let me know a time that will work and I can call you.

David

**David J. Letvin**
**LETVIN & STEIN**
**NEW telephone number: 773-703-2303**
**email davidletvin@aol.com**
letvinandstein@gmail.com

 **NEW ADDRESS:**

**LETVIN & STEIN**
**P.O. BOX 151**
**WILMETTE IL 60091-0151**

To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that: Any U.S. tax advice contained in this communication (including attachments) was not written to be used for and cannot be used for (i) purposes of avoiding any tax related penalties that may be imposed under Federal tax laws, or (ii) the promotion, marketing or recommending to another party of any transaction or matter addressed herein.

This transmission may contain information that is privileged, confidential, or exempt from disclosure. If you are not the intended recipient, your disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is prohibited. If you received this transmission in error, contact the sender and delete the material from any computer immediately.

On Wednesday, October 1, 2025 at 01:09:55 PM CDT, Ivan Celis <icelis@songwhiddon.com> wrote:

David,

Mr. Song spent 4 hours traveling on Sunday and 10 hours on Monday (including standby attempts and flight delays). At his billing rate, that amounts to $6,300 in time.

His direct travel expenses totaled $959.30:

- $686.97 – American Airlines
- $208.33 – Marriott Residence Inn
- $64.00 – DFW Parking

That brings the total to $7,259.30.

In the interest of resolving this without court involvement, we are willing to reduce the billed travel time by 50%, bringing the adjusted total to $4,109.30. If your client will reimburse this amount promptly, we will consider the matter resolved and forego the detailed medical explanation. Otherwise, we will pursue the full $7,259.30 along with the underlying information previously requested (reason for hospitalization, whether emergent/ER or otherwise non-elective, and when Mrs. Ben-Dashan first learned she would need to go).

We would prefer to resolve this amicably, but if reimbursement is not agreed upon, we will have no choice but to seek relief from the Court.

Separately, I don't know if you are purposefully doing this, I would hope not, but please stop removing people I have cc'd from the chain. Riley and Shayla are more familiar with Mr. Song's calendar and will be helping coordinate dates. I have re-added them to this thread, and Riley will respond with available dates for Mr. Song shortly.


Sincerely,




**Ivan Celis**
**Associate Attorney**
**SONG WHIDDON, PLLC**
**8131 LBJ Freeway, Suite 770**
**Dallas, Texas 75251**
**Telephone (214) 528-8400**
**Fax (214) 528-8402**


**IMPORTANT NOTICES:**


**This message is attorney privileged and confidential information and is transmitted for the exclusive information and use of the addressee. Please notify the sender by email if you are not the intended recipient. If you are not the intended recipient, you may not copy, disclose, or distribute this message or its contents to any other person and any such actions may be unlawful.**

**This communication does not reflect an intention by the sender or the sender's agent or sender's client to conduct a transaction or make any agreement by electronic means. Nothing contained in this message or in any attachment shall satisfy the requirements for writing, and nothing contained herein shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.**

**Please note that this law firm does not accept time sensitive or action-oriented messages via email. We further reserve the right to monitor and review the content of all messages sent to or from this email address. Messages sent to or from this email address may be stored on the law firm email system.**

On Wed, Oct 1, 2025 at 12:46 PM David J. Letvin <davidletvin@aol.com> wrote:

Ivan--

I am happy to continue to try to coordinate a date for the deposition of Mrs Ben-Dashan. However, given the problems of getting a date we seem to be having, perhaps you could provide me with Mr Song's availability over the next six or eight weeks, so I can use that information as a starting point. Let me know if that will work.

David Letvin

**David J. Letvin**
**LETVIN & STEIN**
**NEW telephone number: 773-703-2303**
**email davidletvin@aol.com**
letvinandstein@gmail.com

 **NEW ADDRESS:**

**LETVIN & STEIN**
**P.O. BOX 151**
**WILMETTE IL 60091-0151**

To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that: Any U.S. tax advice contained in this communication (including attachments) was not written to be used for and cannot be used for (i) purposes of avoiding any tax related penalties that may be imposed under Federal tax laws, or (ii) the promotion, marketing or recommending to another party of any transaction or matter addressed herein.

This transmission may contain information that is privileged, confidential, or exempt from disclosure. If you are not the intended recipient, your disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is prohibited. If you received this transmission in error, contact the sender and delete the material from any computer immediately.

On Tuesday, September 30, 2025 at 04:22:33 PM CDT, David Letvin <davidletvin@aol.com> wrote:

Ivan,

Regarding dates we will return to the drawing board and be back in touch when other dates are available to share.

Regarding threads, this one was started precisely because the date when the deposition is rescheduled to has no relationship whatsoever with the facts concerning Mrs Ben Dashan's hospitalization, and indeed by your including Shayla Hamilton on the chain you make it that much more important that the issues be treated separately.

As to your other issues, I repeat my request for Mr. Song's flight detail and will explore the entire matter with our clients once that has been provided and not before.

David Letvin

Sent from my iPad

> On Sep 30, 2025, at 4:05 PM, Ivan Celis <icelis@songwhiddon.com> wrote:

David,

Thanks for the options. Mr. Song will need a full day for Mrs. Ben-Dashan's deposition. After reviewing Mr. Song's calendar, he is not available on 10/20.

Separately, the points in my prior email remain outstanding. Respectfully, we still need: (1) the reason for Mrs. Ben-Dashan's hospitalization, (2) whether it was emergent/ER or otherwise non-elective, and (3) when she first learned she would need to go. A generic note does not allow us to evaluate the legitimacy of the last-minute cancellation that caused significant, avoidable expense. If you can provide the requested information, we will treat it Attorneys' Eyes Only.

The standard is clear: if counsel learns of a circumstance that will disrupt a scheduled deposition, you must advise the other side as soon as you know. Here, we received nothing until the day before, when Mr. Song was already en route. That deprived us of any reasonable chance to adjust and resulted in unnecessary airfare, hotel, and billable time.

That said, we would loathe to involve the Court, and in the interest of avoiding motion practice, we will accept an alternative: if your client agrees to reimburse Mr. Song's airfare, hotel, and 8 hours of travel time, then we will forego the detailed medical explanation and treat the matter as resolved. Please let us know within two business days whether your client will reimburse those items. If not, please provide the requested information (again, Attorneys' Eyes Only) so we can avoid court involvement. Otherwise, we will have no choice but to bring this issue before the Court.

We are making every effort to be reasonable and avoid motion practice, but with all due respect, we need a substantive response on this issue promptly.

Additionally: I would appreciate it if you could please keep your responses to one thread, as I have cc'd essential personnel in helping coordinate Mr. Song's schedule, and keeping responses through one thread would make it easier for everyone to stay involved and keep track of case updates.


Sincerely,



**Ivan Celis**
**Associate Attorney**
**SONG WHIDDON, PLLC**
**8131 LBJ Freeway, Suite 770**
**Dallas, Texas 75251**
**Telephone (214) 528-8400**
**Fax (214) 528-8402**


**IMPORTANT NOTICES:**

**This message is attorney privileged and confidential information and is transmitted for the exclusive information and use of the addressee. Please notify the sender by email if you are not the intended recipient. If you are not the intended recipient, you may not copy, disclose, or distribute this message or its contents to any other person and any such actions may be unlawful.**

**This communication does not reflect an intention by the sender or the sender's agent or sender's client to conduct a transaction or make any agreement by electronic means. Nothing contained in this message or in any attachment shall satisfy the requirements for writing, and nothing contained herein shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.**

**Please note that this law firm does not accept time sensitive or action-oriented messages via email. We further reserve the right to monitor and review the content of all messages sent to or from this email address. Messages sent to or from this email address may be stored on the law firm email system.**

On Tue, Sep 30, 2025 at 2:45 PM David J. Letvin <davidletvin@aol.com> wrote:

> Ivan--
>
> Since 10/13 is out, we can do the afternoon only of 10/9, and we can do all day 10/20. As a practical matter, the deposition should not take anything like as long as Gabriel's went, so the 9th should be sufficient. But if Tailim really wants to take his seven hours we can make 10/20 work. Please advise as promptly as possible.
>
> David
>
> **David J. Letvin**
> **LETVIN & STEIN**
> **NEW telephone number: 773-703-2303**
> **email davidletvin@aol.com**
> letvinandstein@gmail.com
>
> **NEW ADDRESS:**
>
> **LETVIN & STEIN**
> **P.O. BOX 151**
> **WILMETTE IL 60091-0151**
>
> To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that: Any U.S. tax advice contained in this communication (including attachments) was not written to be used for and cannot be used for (i) purposes of avoiding any tax related penalties that may be imposed under Federal tax laws, or (ii) the promotion, marketing or recommending to another party of any transaction or matter addressed herein.
>
> This transmission may contain information that is privileged, confidential, or exempt from disclosure. If you are not the intended recipient, your disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is prohibited. If you received this transmission in error, contact the sender and delete the material from any computer immediately.

# EXHIBIT E

```
          IN THE UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF ILLINOIS
                  EASTERN DIVISION


KO IWASAKI,                      )
                                 )
              Plaintiff,         )
                                 )
      vs.                        )  No. 1:25-CV-00128
                                 )
P&G RARE VIOLINS, INC., (d/b/a   )
"Bein & Fushi, Inc."),           )
BEN-DASHAN, INC., GABRIEL        )
BEN-DASHAN, Individually, and    )
PAIGE BEN-DASHAN, Individually,  )
                                 )
              Defendants.        )
_____)
```

        The videotaped deposition of PAIGE BEN-DASHAN,

called by the Plaintiff for examination, taken pursuant

to notice and pursuant to the Federal Rules of Civil

Procedure for the United States District Courts

pertaining to the taking of depositions, taken before

Martina Miranda, Certified Shorthand Reporter, at Latimer

LeVay Fyock, LLC, 55 West Monroe Street, Suite 1100,

Chicago, Illinois, scheduled to commence at

10:00 a.m. CST on the 24th of November, 2025.

JOB NO.: 119930

**PAIGE BEN-DASHAN**

November 24, 2025

```
 1          THE VIDEOGRAPHER:  Okay.  We are now on video
 2     record.  This is the beginning of Media No. 1 in the
 3     videotaped deposition of Paige Ben-Dashan in the matter
 4     of Ko Iwasaki vs. P&G Rare Violins, Incorporated, et al.,
 5     Case No. 1:25-CV-00128.
 6               This deposition is being held at Latimer
 7     LeVay Fyock, Chicago, Illinois, and this deposition is
 8     being taken on behalf of the plaintiff on November 24,
 9     2025, at the time of 10:03 a.m.
10               The court reporter is Martina Miranda.  I'm
11     Peter Van Winkle, videographer, on behalf of First Legal
12     Depositions located in Los Angeles, California.
13               This deposition is being videotaped at all
14     times unless specified to go off the record.
15               Would all present please identify themselves
16     beginning with the noticing attorney.
17          MR. SONG:  Tailim Song on behalf of the plaintiff,
18     Ko Iwasaki.
19          MR. LETVIN:  David Letvin on behalf of Defendant
20     Ben-Dashan, Inc.; Defendant Gabriel Ben-Dashan; and
21     Defendant Paige Ben-Dashan.
22          THE VIDEOGRAPHER:  Thank you.
23               And, David, can I get you to put your
24     microphone on, please.  It's just to your right there.
```

**PAIGE BEN-DASHAN**

1      MR. SONG:  Sync it, yeah.

2      THE VIDEOGRAPHER:  Yeah.

3      MR. SONG:  Okay.  Is that free of charge?

4      THE VIDEOGRAPHER:  You know, I'm not privy to that

5  information.

6      MR. SONG:  Can you ask them?  If it's free, I'll

7  align it.  If it's not free --

8                        (Indiscernible crosstalk.)

9      THE VIDEOGRAPHER:  Okay.  Anything for this side?

10      MR. CASTLE:  I don't think at this time.

11      THE COURT REPORTER:  No video, no transcript?

12      MR. LETVIN:  I think we need the transcript.

13      MR. CASTLE:  The transcript, yeah.

14      THE VIDEOGRAPHER:  All right.  Then that concludes

15  the deposition.  Off the record.  The time is 4:10 p.m.

16                        (Witness excused at 4:10 p.m.)

17

18

19

20

21

22

23

24