UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Ko Iwasaki
                      Plaintiff,

v.                                     Case No.: 1:25−cv−00128
                                                        Honorable Jeremy C. Daniel

PG Rare Violins, Inc., et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 12, 2026:

    MINUTE entry before the Honorable Keri L. Holleb Hotaling: The Court is in receipt of Defendant's Motion to Compel the Appearance of Plaintiff to Complete Deposition and for Additional Time to Conduct the Deposition [Dkt. 121]. The Court finds that motion adequately lists the position of both parties as to the time remaining in the deposition as well as the extra time proposed by each side. The Court hereby GRANTS the motion [Dkt. 121] in part. Defendant shall have a total of 6 additional hours (3.5 hours of remaining deposition time + 2.5 hours related to interpreter time use) to complete the deposition of Plaintiff. The Court awards no sanctions in connection with this motion. The Court cautions counsel that this litigation is not to be treated as a tit−for−tat battle and encourages counsel once again to extend basic courtesies to opposing counsel, no matter how contentious the working relationship. The parties' next joint status report remains due on 3/16/2026 [Dkt. 120]. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.